UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| PHOTO THERAPEUTICS, LTD, | ) | 3:05-CV-317-ECR-RAM |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL WITHOUT |
| vs. | ) | PREJUDICE PURSUANT TO |
| | ) | LOCAL RULE 41-1 |
| INNER ACT, LLC, | ) | |
| Defendant. | ) | |

It appearing to the Court that this action has been pending in this Court for more than nine (9) months without any proceeding having been taken therein during such period; now therefore,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice for want of prosecution pursuant to provisions of LR 41-1.

Dated this 29 day of December, 2006.

Edward C. Reed
UNITED STATES DISTRICT JUDGE